# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0651
_____

WALTER HICKS,

   Appellant,

   v.

STATE, DEPARTMENT OF
REVENUE, CHILD SUPPORT
ENFORCEMENT PROGRAM and
TAMISA POWELL,

   Appellees.

_____


On appeal from an order of the Division of Administrative Hearings.
Garnett Chisenhall, Administrative Law Judge.

June 13, 2018


PER CURIAM.

   DISMISSED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Walter Hicks, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.